## MANICCHIA v. STATE. (No. 4323.)

(Court of Criminal Appeals of Texas. Dec. 27, 1916.)

Appeal from Criminal District Court, Dallas County; R. B. Seay, Judge.

Lee Manicchia was convicted of aggravated assault, and he appeals. Reversed and remanded.

C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of aggravated assault, and his punishment assessed at a fine of $25.

Appellant was tried in the criminal district court of Dallas county; a jury of 12 men being impaneled. The verdict was returned by 11 of the jurors—one of the jurors, J. R. Bell, refusing to concur in or sign the verdict. This question was recently before this court in Cortonelia v. State, 189 S. W. 139, and Renfro v. State, 189 S. W. 137; and for the reasons stated in these cases this case must be reversed and remanded.

The judgment is reversed, and the cause remanded.

---

## FREEMAN v. STATE. (No. 4321.)

(Court of Criminal Appeals of Texas. Dec. 27, 1916.)

Appeal from District Court, Galveston County; Clay S. Briggs, Judge.

Oscar Freeman was convicted of assault with intent to murder, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. From a conviction for assault to murder appellant has appealed to this court.

The record contains neither a statement of facts nor bill of exceptions; nor does it contain a motion for new trial. As the record is presented, there is nothing to review, and the judgment is ordered to be affirmed.